# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151439

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PHILLIP JOSEPH SWIFT, a/k/a PHILLIP
JOSEPH SWIFT, JR.,
      Defendant-Appellant.

SC: 151439
COA: 318680
Wayne CC: 13-005130-FC

_____/

On March 8, 2017, the Court heard oral argument on the application for leave to appeal the February 19, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk

t0308